IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE, a Colorado corporation,

    Plaintiff(s),

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
STEVEN SHANKS, an individual,
KEVIN TUCEK, an individual,
RICHARD AMY, an individual,
JOHN BRIMHALL, an individual, and
DANIEL MURPHY, an individual,

    Defendant(s).
_____

**ORDER**
_____

THIS MATTER, coming before the Court upon Plaintiff A Major Difference, Inc.'s Motion for Preliminary Injunction and Request for Rule 16 Scheduling Conference Concerning Same, with Incorporated Certificate of Compliance with D.C.Colo.LCivR 7.1A and Fed. R. Civ. P. 65(a), and the Court otherwise being fully advised in the premises,

IT IS HEREBY ORDERED that the request for a Rule 16 Scheduling Conference related to the Motion for Preliminary Injunction is **GRANTED**.  A limited Scheduling/Planning conference pursuant to F.R.C.P. 16(b) shall be held on **Friday, February 3, 2006, at 3:30 p.m.**  It is

FURTHER ORDERED that when counsel for Defendants enter their

appearances a copy of this Order shall be immediately served on said counsel.

Dated: January 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge