IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE, a Colorado corporation,

    Plaintiff(s),

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
STEVEN SHANKS, an individual,
KEVIN TUCEK, an individual,
RICHARD AMY, an individual,
JOHN BRIMHALL, an individual, and
DANIEL MURPHY, an individual,

    Defendant(s).
_____

ERCHONIA MEDICAL INC., an Arizona Corporation,
ERCHONIA PATENT HOLDINGS, LLC, an Arizona limited liability company,

    Counter-claimants and Third Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation
ROBERT E. MORONEY,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH,
KMS MARKETING, INC., a Colorado corporation, and
STARGATE INTERNATIONAL, INC., a Colorado corporation,

    Counter-claim Defendants and Third Party Defendants.
_____

**ORDER**
_____

    THIS MATTER is before the Court on the Rule 16 Scheduling Conference

conducted February 3, 2006, related to Plaintiff A Major Difference, Inc.'s Motion for Preliminary Injunction. As stated on record at the Scheduling Conference, it is hereby

ORDERED that on **February 21, 2006**, the Plaintiff shall provide the Defendants with a statement identifying the claims allegedly infringed and terms thereof which may require construction and its proposed construction thereof. The Plaintiff shall not filed this statement with the Court. It is

FURTHER ORDERED that on **March 7, 2006**, the Defendants shall provide the Plaintiff with a statement identifying the terms of asserted claims which it believes may require construction and its proposed construction thereof. The Defendants shall not file this statement with the Court. It is

FURTHER ORDERED that on **March 15, 2006**, the parties shall jointly file with the Court a chart which identifies all claim interpretation issues and proposed constructions of the '716 patent. It is

FURTHER ORDERED that on **April 28, 2006**, the parties shall submit simultaneous briefs on claim construction issues ("the *Markman* briefs"). It is

FURTHER ORDERED that on **May 26, 2006**, the parties shall submit simultaneous responses to the opposing party's *Markman* brief. No further briefing shall be permitted. It is

FURTHER ORDERED that a hearing on claim construction issues as well as Plaintiff's Motion for Preliminary Injunction, filed January 4, 2006, shall commence on **Thursday, June 22, 2006, at 1:30 p.m.** The hearing is set for a day and a half. It is

FURTHER ORDERED that the deadlines set forth herein shall be incorporated

into the parties Proposed Scheduling Order.

Dated: February 3, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge