IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE, INC.,
a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
STEVEN SHANKS, an individual,
KEVIN TUCEK, an individual,
RICHARD AMY, an individual,
JOHN BRIMHALL, an individual, and
DANIEL MURPHY, an individual,

    Defendants.

---

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA PATENT HOLDINGS, LLC, an Arizona limited liability company,

    Counterclaimants and Third Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH,
KMS MARKETING, INC., a Colorado corporation, and
STARGATE INTERNATIONAL INC., a Colorado corporation,

    Counterdefendants and Third Party Defendants.

---

**ORDER VACATING ORDER TO SHOW CAUSE**
(Docket No. 21)

THIS MATTER, coming before the Court upon Plaintiff A Major Difference, Inc.'s ("AMD") Motion to Vacate Order to Show Cause ("Motion") and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff AMD's Motion is GRANTED. The Order to Show Cause is hereby vacated. The show Cause Hearing set on March 22 2006 At 8:30 A.m. is VACATED

DONE AND ORDERED this 13TH day of February, 2006.

*MJW 2-13-06*

BY THE COURT

_____
~~Judge Wiley Y. Daniel~~
~~United States District Court~~ Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**