IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE,

Plaintiff(s),

v.

ERCHONIA MEDICAL, INC., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendants' Unopposed Motion for Entry of Stipulated Protective Order (docket no. 29) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraphs 5 and 8 and made an Order of Court.

Date: February 27, 2006