IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE, INC.,
a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
STEVEN SHANKS, an individual,
KEVIN TUCEK, an individual,
RICHARD AMY, an individual,
JOHN BRIMHALL, an individual, and
DANIEL MURPHY, an individual,

    Defendants.

---

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA PATENT HOLDINGS, LLC, an Arizona limited liability company,

    Counterclaimants and Third Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH,
KMS MARKETING, INC., a Colorado corporation, and
STARGATE INTERNATIONAL INC., a Colorado corporation,

    Counterdefendants and Third Party Defendants.

---

ORDER
(Docket No. 47)

THIS MATTER, coming before the Court upon Parties' Stipulated Motion to Amend Scheduling Order ("Motion"), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Parties' Motion is GRANTED. Accordingly, the February 7, 2006 Scheduling Order shall be amended as follows:

Simultaneous exchange of opening claim construction and preliminary injunction briefs will occur on **May 12, 2006.**

Simultaneous exchange of response to claim construction and preliminary injunction briefs will occur on **June 9, 2006.**

DONE AND ORDERED this 18th day of April, 2006.

BY THE COURT

_____
Michael J. Watanabe
United States Magistrate Judge