IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE,

Plaintiff,

v.

ERCHONIA MEDICAL, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that A Major Difference, Inc's Unopposed Motion for Leave to File its First Amended Complaint, which was filed on June 1, 2006 (Docket No. 71), is granted. Plaintiff shall forthwith file its First Amended Complaint and Jury Demand.

Date: June 2, 2006