IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE, a Colorado corporation,

     Plaintiff(s),

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
STEVEN SHANKS, an individual,
KEVIN TUCEK, an individual,
RICHARD AMY, an individual,
JOHN BRIMHALL, an individual, and
DANIEL MURPHY, an individual,

     Defendant(s).
_____

ERCHONIA MEDICAL INC., an Arizona Corporation,
ERCHONIA PATENT HOLDINGS, LLC, an Arizona limited liability company,

     Counter-claimants and Third Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation
ROBERT E. MORONEY,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH,
KMS MARKETING, INC., a Colorado corporation, and
STARGATE INTERNATIONAL, INC., a Colorado corporation,

     Counter-claim Defendants and Third Party Defendants.

_____

**ORDER**
_____

     THIS MATTER is before the Court on the Stipulation for Dismissal of

Counterclaims and Third-Party Complaint Without Prejudice and for Withdrawal of Motion to Dismiss Counterclaims and Third-Party Complaint, filed June 6, 2006 (docket #76). Upon consideration of the Motion and the file in this case, I find that the Motion should be and hereby is **GRANTED**. Therefore, it is hereby

ORDERED that the claims and causes of action asserted set forth in the Counterclaim and Third Party Complaint filed January 20, 2006, are hereby **DISMISSED WITHOUT PREJUDICE**. It is

FURTHER ORDERED that the Motion to Dismiss Counterclaims and Third-Party Complaint, filed February 9, 2006 (docket #18) is **DENIED AS MOOT.**

Dated: June 8, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge