IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE, a Colorado corporation,

      Plaintiff(s),

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
STEVEN SHANKS, an individual,
KEVIN TUCEK, an individual,
RICHARD AMY, an individual,
JOHN BRIMHALL, an individual, and
DANIEL MURPHY, an individual,

      Defendant(s).

_____

**ORDER**

_____

      THIS MATTER is before the Court on the Unopposed Motion for Order Granting

the Overton Law Firm and Davis Miles, PLLC, Leave to Withdraw as Counsel for

Defendant John Brimhall, filed June 13, 2006 (docket #95).  Upon review of the motion

and the file in this matter, I find that the motion should be and hereby is **GRANTED**.

The Overton Law Firm and Davis Miles, PLLC are granted leave to withdraw as

counsel for Defendant John Brimhall in this case.

      Dated:  June 20, 2006

                              BY THE COURT:
                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge