IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE, INC.,
a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
STEVEN SHANKS, an individual,
KEVIN TUCEK, an individual,
RICHARD AMY, an individual,
JOHN BRIMHALL, an individual, and
DANIEL MURPHY, an individual,

    Defendants.

---

### ORDER STAYING ALL PRETRIAL DEADLINES
(Docket No. 119)

---

THIS MATTER, coming before the Court upon the parties' Joint Motion to Stay All Pretrial Deadlines, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that, *the motion is granted and* all pending pretrial deadlines are hereby stayed pending resolution by the Court of the Erchonia Defendants' Motion for Summary Judgment of Noninfringement, to be filed on or before July 28, 2006. Should the Court deny that Motion, the

Court orders the parties to contact the Court to schedule a Status Conference, at which time certain pretrial deadlines will be reset.

DONE AND ORDERED this 12TH day of July, 2006.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge

J:\4888\-32\PLEADINGS\ORDER MTN TO STAY.wpd

2