IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE, a Colorado corporation,

    Plaintiff(s),

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
STEVEN SHANKS, an individual,
KEVIN TUCEK, an individual,
RICHARD AMY, an individual,
JOHN BRIMHALL, an individual, and
DANIEL MURPHY, an individual,

    Defendant(s).

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Joint Motion for Extension of Time to File Settlement Documents, filed February 27, 2007 (docket #131) is **GRANTED**.  The parties shall have to and including **Friday, March 30, 2007**, to file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

    Given the parties' representations regarding settlement, Defendants' Motion to Construe Patent Claims, filed May 15, 2006 **(docket #61)** and Defendants' Motion for Summary Judgment of Noninfringement, filed July 28, 2006 **(docket #125)**, are both **DENIED WITHOUT PREJUDICE**.

    Dated:  February 27, 2007