IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02325-WYD-MJW

A MAJOR DIFFERENCE, a Colorado corporation,

    Plaintiff(s),

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
STEVEN SHANKS, an individual,
KEVIN TUCEK, an individual,
RICHARD AMY, an individual,
JOHN BRIMHALL, an individual, and
DANIEL MURPHY, an individual,

    Defendant(s).
_____

## ORDER OF DISMISSAL
_____

    THIS MATTER is before the Court upon the parties' Stipulated Motion for Dismissal, filed March 30, 2007 (docket #133).  The Court, upon review of the file and being fully advised in the premises and having found good cause therefor,

    HEREBY ORDERS that Plaintiff A Major Difference, Inc.'s claims against Defendants Erchonia Medical, Inc., Erchonia Medical Lasers, L.L.C, Steven Shanks, Kevin Tucek, Richard Amy, John Brimhall and Daniel Murphy are **DISMISSED WITH PREJUDICE**, with each party to bear its or his own costs and attorney fees.

Dated: April 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge